UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HENRY CARLOS ROMERO-NOLASCO,<br><br>*Petitioner*,<br><br>v.<br><br>JOSEPH D. McDONALD, JR.., Sheriff, Plymouth County Correctional Facility; PATRICIA H. HYDE, Acting Field Office Director, Boston Field Office, United Immigration and Customs Enforcement; TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of Homeland Security; PAMELO JO BONDI, United States Attorney General, *in their official capacities*,<br><br>*Respondents*. | Civil Action No. 1: 25-cv-12492-MJJ |

## RESPONDENTS' STATUS REPORT

Respondents by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, provide the following Status Report as ordered by this Court concerning Petitioner's bond hearing that was held in the Chelmsford Immigration Court on October 6, 2025. Doc. No. 16. Immigration Judge Yul-mi Cho denied Petitioner's request for a change in custody status finding that U.S. Immigration and Customs Enforcement ("ICE") met its burden to demonstrate that Petitioner "poses a flight risk that would not be ameliorated by any conditions or bond amount and there is no bond amount of [sic] condition of bond that would assure the court of [Petitioner's] compliance with the Court's orders and instructions." Exhibit A, Order of the Immigration Judge. IJ Cho cited to Petitioner's denied application for relief from removal and his recent arrest for operating under the influence. *Id.* IJ Cho noted that

Petitioner's "conduct here demonstrates by a preponderance of the evidence that he is unwilling or incapable of conforming to the laws of the United States or the state where he resides, or the order of this court, including the final removal order, should his appeal be unsuccessful, and that no bond amount or condition of release would be appropriate." *Id.* Petitioner reserved his right to appeal the IJ's order to the Board of Immigration Appeals. *Id.*

                              Respectfully submitted,

                              LEAH B. FOLEY
                              United States Attorney

Dated: October 7, 2025        By:   */s/ Mark Sauter*
                              Mark Sauter
                              Assistant United States Attorney
                              United States Attorney's Office
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              Tel.: 617-748-3347
                              Email: mark.sauter@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: October 7, 2025        By:   */s/ Mark Sauter*
                              Mark Sauter
                              Assistant United States Attorney